UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEBRA A. JASPER,<br><br>Plaintiff,<br><br>v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>Defendant | CASE NO.  C05-2008-RSL-MJB<br><br><br><br>ORDER FOR REMAND |

Based upon the stipulation of the parties, it is hereby ORDERED that the above-captioned case be remanded to the Commissioner of Social Security for further administrative proceedings, further development of the record, including a new hearing and a new decision.  On remand, the administrative law judge (ALJ) will: 1) further develop the record for clarification of the opinion of Dr. Belcher; 2) obtain a physical consultative evaluation, or in the alternative medical expert testimony to consider the severity of, and the limitations on her ability to perform significant work activity due to Plaintiff's fibromyalgia; 3) further consider whether Plaintiff's substance addiction disorder is a severe impairment and analyze its effects pursuant to the sequential evaluation and applicable Ninth Circuit case law; 4) further consider Plaintiff's residual functional capacity pursuant to SSR 96-8p; and 5) if

Page 1     ORDER - [C05-2008-RSL-MJB]

warranted by the expanded record, the ALJ will obtain supplemental evidence from a vocational expert to clarify the effects of the assessed limitations on Plaintiff's ability to perform jobs that exist in the local and or national economy.

Plaintiff may present new arguments and evidence. The ALJ may perform further development and conduct further proceedings as necessary.

This case is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g). Upon proper presentation, this Court will consider Plaintiff's application for costs, expenses and attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(a),(d).

DATED this 31st day of March, 2006.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

Recommended for Entry
this 30th day of March, 2006:

  /s/Monica J. Benton
MONICA J. BENTON
United States Magistrate Judge

Presented by:

s/ RICHARD M. RODRIGUEZ
Special Assistant United States Attorney
Office of the General Counsel
701 Fifth Avenue, Suite 2900 MS/901
Seattle, Washington 98104-7075
Telephone: (206) 615-3748
FAX: (206) 615-2531
richard.rodriguez@ssa.gov

Page 2      ORDER - [C05-2008-RSL-MJB]